```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/13
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ORIENTVIEW TECHNOLOGIES LLC,   :
:
Plaintiff,   :
:   1:13-cv-00538-PAE
v.   :
:   September 12, 2013
SEVEN FOR ALL MANKIND, LLC   :
:
Defendant.   :

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for exchanging claim terms to be construed under ¶13 (iii) be extended to Sept. 23, 2013. The schedule under ¶13(iii)-(vi) is agreed to be modified by one week as follows:

    iii. Exchange proposed claim terms to be construed: **Sept. 23, 2013**
    iv. Exchange proposed preliminary constructions: **Nov. 8, 2013**
    v. Opening claim construction briefs: **Dec. 20, 2013**
    vi. Reply claim construction briefs: **Feb. 7, 2013**

The reason for this request is the parties have reached an agreement in principal and time is needed for the parties to complete settlement documentation.

Dated: September 12, 2013    AETON LAW PARTNERS LLC

    /s/ Damian Wasserbauer
    Damian Wasserbauer (DW3507)
    101 Centerpoint Drive, Suite 105
    Middletown, CT 06457
    T: (860) 724-2160 | damian@aetonlaw.com
    *Counsel for Plaintiff*
        *Orientview Technologies LLC*

SO ORDERED, this 13th day of September, 2013.

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER,
UNITED STATES DISTRICT JUDGE

### CERTIFICATION OF SERVICE