USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORIENTVIEW TECHNOLOGIES LLC,<br>Plaintiff,<br>v.<br>SEVEN FOR ALL MANKIND, LLC<br>Defendant. | STIPULATION AND DISMISSAL<br>1:13-cv-00538-PAE<br>September 25, 2013 |

**STIPULATION OF DISMISSAL**

Plaintiff Orientview Technologies LLC ("Orientview") and Defendant Seven For All Mankind, LLC ("7FAM") hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a) (1). Orientview and 7FAM jointly stipulate to the dismissal with prejudice of all claims and counterclaims, respectively, in this case. The parties further stipulate that they shall bear their own attorneys' fees, expenses, and costs.

Dated: September 25, 2013

| AETON LAW PARTNERS LLP | FISH & RICHARDSON P.C. |
|---|---|
| Damian Wasserbauer (DW3507)<br>damian@aetonlaw.com<br>101 Centerpoint Drive, Ste. #105<br>Middletown, CT 06457<br>Telephone: (860) 398-6031 | John S. Goetz (JG 8271)<br>goetz@fr.com<br>601 Lexington Avenue, 52nd Floor<br>New York, New York 10022<br>Telephone: (212) 641-2277<br>Facsimile: (212) 258-2291<br><br>Neil J. McNabnay, admitted *pro hac vice*<br>Texas Bar No. 24002583 |

| | |
|---|---|
| | mcnabnay@fr.com<br>David B. Conrad, admitted *pro hac vice*<br>Texas Bar No. 24049042<br>conrad@fr.com<br>Ricardo J. Bonilla, admitted *pro hac vice*<br>Texas Bar No. 24082704<br>rbonilla@fr.com<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile) |
| *Attorney for Plaintiff*<br>*OrientviewTechnologies L.L.C.* | *Counsel for Defendant*<br>*Seven For All Mankind, LLC* |

The Clerk of Court is directed to close this case.

**SO ORDERED**, this 30th day of September, 2013.

Paul A. Engelmayer

HON. PAUL A ENGELMAYER
UNITED STATES DISTRICT JUDGE